FILED
CLERK, U.S. DISTRICT COURT
SEP 23 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN ALONZO, et al., </br></br> Plaintiff, </br></br> v. </br></br> COUNTY OF RIVERSIDE, et al., </br></br> Defendant | EDCV 03-01259-RT (JCRx) </br></br> JUDGMENT |

On September 11, 2015, the Court filed a written order granting Defendants' motion for summary judgment on the claims against them in Plaintiffs Steven Alonzo and Qeysha Alonso's entire federal Third Amended Complaint.

Accordingly, it is ORDERED that judgment be entered as follows:

1) Judgment against plaintiffs Steven Alonzo and Qeysha Alonzo and in favor of defendants County of Riverside, Robyn A. Rogers, Tanya Galvan, Melody Atkinson, Stacey Vasquez, Agatha Lowder, Ann O'Brien, Michelle Wohl, Linda Bendall, Ida Roath, Sharrell Blakely, Rose Dixson-Flowers, Dennis Boyle, and Dave C. Demers on all claims against them in the federal Third Amended Complaint;

2) Plaintiffs Steven Alonzo and Qeysha Alonzo shall take nothing from Defendants by reason of their claims against the Defendants in the federal Third

1  Amended Complaint; and

2      3) Each party shall bear its own costs of suit.

4  DATED: September 23, 2015

                                          ROBERT J. TIMLIN  
                                          UNITED STATES DISTRICT JUDGE